IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

RONALD WATKINS

Debtor,

Case No. 1:21-BK-00068
Chapter 7

---

RONALD K. WATKINS,

    Plaintiff,

v.

    Adversary Proceeding: 1:22-ap-00016

BROKER SOLUTIONS INC. d/b/a
NEW AMERICAN FUNDING,
STIPULATION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING
    Defendant.

### FIFTH STIPULATION FOR EXTENSION OF
### TIME TO FILE RESPONSIVE PLEADING

Pursuant to United States Bankruptcy Court for the Northern District of West Virginia Local Rule 9006-1 and United States District Court for the Northern District of West Virginia Local Rules of Civil Procedure 7.01 and 12.01, the undersigned parties hereby stipulate and agree that Defendant, New American Funding, Inc, d/b/a New American Funding, shall have up to and including December 07, 2022, to answer or otherwise respond in response to Plaintiff's "Adversary Proceeding Complaint" [Doc. 1]. Broker Solutions Inc. d/b/a New American Funding does not waive any defenses, jurisdictional or otherwise, by submitting this stipulation.

It is so stipulated, November 11, 2022.

**PREPARED BY:**

/s/ Bryan N. Price
Bryan N. Price (WVSB #8846)
FLAHERTY SENSABAUGH BONASSO PLLC
Post Office Box 3843
Charleston, WV 25338-3843
(304) 345-0200
(304) 345-0260 (facsimile)
bprice@flahertylegal.com
*Counsel for Broker Solutions Inc. d/b/a New American Funding*

**AGREED BY:**


/s/ Michael Nissim-Sabat
Michael Nissim-Sabat (WVSB #12233)
Bren Pomponio (WVSB 7774)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
Phone: (304) 344-3144
Fax: (304) 344-3145
michael@msjlaw.org
bren@msjlaw.org
*Counsel for Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

    RONALD WATKINS

    Debtor,

Case No. 1:21-BK-00068
Chapter 7

---

**RONALD K. WATKINS,**

    Plaintiff,

v.

Adversary Proceeding: 1:22-ap-00016

**BROKER SOLUTIONS INC. d/b/a
NEW AMERICAN FUNDING,**

    Defendant.

## CERTIFICATE OF SERVICE

I, Bryan N. Price, do hereby certify that on the 11th day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants.

Michael Nissim-Sabat
Bren Pomponio
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
michael@msjlaw.org
bren@msjlaw.org
*Counsel for Plaintiff*

/s/ Bryan N. Price_____
Bryan N. Price (WVSB #8846)